Robert Anderson (pro se)
4908 Roger Drive
Anchorage, Alaska 99507
Phone (907) 223-1579
aktaxappeal@gmail.com

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| ROBERT ANDERSON, | |
| Plaintiff - Appellant, | |
| v. | No. 24-4503 |
| MUNICIPALITY of ANCHORAGE, | D.C. No. 3:21-cv-00139-SLG |
| Defendant-Appellee. | District of Alaska, Anchorage |

**Rule 44 Notice of Constitutional Challenge to State Statute**

I have questioned the constitutionality of a Alaska statute AS § 29.45.130(b) in my appellant informal opening brief.

The attorney general of the State of Alaska previously received notice under District Court docket 49, Fed. R. Civ. P. 5.1 (a)(1)(B).

9th Cir. Case No. 24-4503                                          Page 2

Dated August 13, 2024.

*Robert Anderson* (signature)

Robert Anderson, Pro Se

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Form 25. Certificate of Service for Paper Filing

**9th Cir. Case Number(s)** 24-4503

**Case Name** Anderson vs. Municipality of Anchorage

I certify that I served on the person(s) listed below, either by mail or hand delivery, a copy of the <u>Rule 44 Notice of Constitutional Challenge to State Statute</u> and any attachments. *(title of document you are filing, such as Opening Brief, Motion for __, etc.)*

**Signature** *Robert Anderson* **Date** August 13, 2024

| Name | Address | Date Served |
|---|---|---|
| Municipality of Anchorage | 632 W 6th Ave.<br>Suite 730<br>Anchorage, AK 99501<br><br>Municipality of Anchorage<br>Department of Law<br>PO Box 196650<br>Anchorage, AK 99519 | 8/13/2024 |
|  |  |  |
|  |  |  |
|  |  |  |

**Mail this form to the court at:**
Clerk, U.S. Court of Appeals for the Ninth Circuit, P.O. Box 193939, San Francisco, CA 94119-3939

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 25 *Rev. 12/01/18*